IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

```
......................................................................x
MARCELA MARABELLI, individually and on behalf of all
others similarly situated,
                                                    Civil Action No:
                                                    9:25-cv-38
                           Plaintiff,



  -v.-
LPH INC.
D/B/A NORTHWEST COLLECTORS,




                           Defendants.
......................................................................x
```

**NOTICE OF SETTLEMENT**

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 15th day of April, 2025

/s/ Dawn M. McCraw
Dawn M. McCraw
CONSUMER JUSTICE
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602)-807-1527
E: dmccraw@consumerjustice.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 15, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             /s/ Dawn M. McCraw
                                             Dawn M. McCraw